# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0929
LT Case No. 2010-CF-3375

_____

VICTOR CALDERON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Lake County.
Larry Metz, Judge.

Kristen A. Kawass, of Law Offices of Kawass, P.A., Miami, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


October 10, 2023


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____